JUDGE ~~HOFFMAN~~ ~~ASPEN~~ ~~KOCORAS~~ ~~ASPEN~~ PARSONS  1-7-81  9-24-81

76 C 4706

(P-1) BEARD, Eloise, as Administratrix of the Estate of Jeff Beard, the Deceased

vs

(D-1) O'NELA, William M.
(D-2) THE ESTATE OF IRA LYNN ROTEN
(D-3) GRANT, Kenneth
(D-4) MOORE, Roy K.
(D-5) WALTERS, Leonard M.
(D-6) CALLAHAN, Nicholas P.
(D-7) WAIKART, Frank W.
(D-8) MILLER, Edward S.
(D-9) BATES, Charles W.
(D-10) CONRAD, Ivan W.
(D-11) BISHOP, Thomas W.
(D-12) CLEVELAND, William V.
(D-13) PONDER, Joseph K.
(D-14) ROSEN, Alex
(D-15) MOHR, John P.
(D-16) TOLSON, Clyde A.
(D-17) FELT, Mark W.
(D-18) GRAY, L. Patrick

(Per Second Amended Complaint 2-13-79)

ATTORNEYS

for Plaintiff:

Pamela Foa
Edwin A. Rothschild
Harold C. Hirshman
Robert M. Mark
Peter M. Weil
Gary S. Gildin
SONNENSCHEIN CARLIN NATH AND ROSENTHAL
233 S. Wacker Dr.
8000 Sears Tower
60606  876-8000

American Civil Liberties Union
5 S. Wabash Ave.
60603  236-5564

for Defendants:

U.S. Attorney (Steven A. Miller) AUSA ~~(A.M. Kwoka)~~

(D-1) Gerald C. Peterson
Edward L. Foote
Gregory A. Adamski
WINSTON AND STRAWN
One First National Plaza
Suite 5000
60603  786-5600

21-87-0306
229284
16
Book 93

| DIST/OFFICE | DOCKET YR. | DOCKET NUMBER | FILING DATE MO. DAY YEAR | J | N/S | O | R | R 23 | DEMAND $ | DEMAND OTHER | JUDGE NUMBER | JURY DEM. | DOCKET YR. | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0752 | 1 | 76 4706 | 12-23-76 | 3 | 440 | 1 | | | 750 | | 5238 5233 5211x 52177 | P | 76 | 4706 |

**PLAINTIFFS**

(P-1) BEARD, Eloise, as Administratrix of the Estate of Jeff Beard, the deceased



**DEFENDANTS** JK fd'a

(D-1) O'NEAL, William M. and Certain officials of the Federal Bureau of Investigation whose true indentities are unknown to plaintiff.
(D-2) THE ESTATE OF IRA LYNN ROTEN
(D-3) KENNETH GRANT, Special Agent in charge of the Chicago Office of the FEDERAL BUREAU OF INVESTIGATION"
(D-4) ASSISTANT DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION;
(D-5) ASSISTANT TO THE DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION:
(D-6) ASSOCIATE DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION,
(D-7) GRAY, Patrick, (D-8) THE FEDERAL BUREAU OF INVESTIGATION and certain official of the FBI.(unknown) per amended complaint 5-16-77

**CAUSE**

Civil rights- violation of rights thereunder- alleged illegal searches and seizures, assault with deadly weapon resulting in death

ij

**ATTORNEYS**

Edwin A. Rothschild
Harold C. Hirshman, Robert M. Mark
Peter M. Weil & Gary S. Gildin
Sonnenschein,Carlin,Nath and Rosenthal
8S3WSo. Wacker Drive, 8000 Sears Tower
60606
876-8000

American Civil Liberties Union
5 South Wabash Avenue
Chicago, Ill.     60603
236-5564

U. S. Attorney (A. M. Kwoka)
Gerald C. Peterson
(D-1) Edward  L. Foote
Gregory A. Adamski
Winston and Strawn
One First National Plaza
Suite 5000   60603
786-5600

**FILING FEES PAID**

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE | RECEIPT NUMBER | C.D. NUMBER | STATISTICAL CARDS CARD | DATE MAILED |
|---|---|---|---|---|---|
| | 12-23-76 | $15.00 | | JS-5 JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 1/75)

JUDGE ASPEN ~~REASSIGNED TO JUDGE HOFFMAN 4-11-78~~ KOCORAS ASPEN
JUDGE WILL ~~REASSIGNED TO JUDGE BUA 11-3-77~~ 1-7-81   76 C 4706

| DATE | NR. | PARSONS, 9-24-81 — PROCEEDINGS | |
|---|---|---|---|
| 12-23-76 | | Filed complaint and one copy | JS_5 |
| 12-23-76 | | Filed civil cover sheet | |
| 12-23-76 | | Filed affidavits re Gen. Rule 39 (4) | |
| 12-23-76 | | Issued summons and one copy with one copy of complaint | ij |
| 1-11-77 | | Filed marshal's return of summons returned served on defendant | ij |
| 2-02-77 | | Filed plaintiff's notice of deposition re: William M. O'Neal. | B |
| 2-2-77 | | Filed plaintiff's points in opposition to defendants' motion to quash service of process or in the alternative to dismiss complaint. | B |
| 2-7-77 | | Enter order dated February 4, 1977; Defendant's motion to stay proceedings and motion to quash service, or in the alternative, to dismiss is entered and continued to February 7, 1977. -WILL, J  Notices Mailed 2-7-77 | gg |
| 2-4-77 | | Filed defendant's notice. | |
| 2-4-77 | | Filed defendants' motion to quash service of process, or in the alternative, to dismiss complaint; exhibit A. | |
| 2-4-77 | | Filed defendant's memorandum in support of defendants' motion to quash service of process, or in the alternative, to dismiss complaint; exhibit A. | |
| 2-4-77 | | Filed defendants' motion to stay proceedings; attachments. | |
| 2-4-77 | | Filed affidavit of Alexandra M. Kwoka. | E |
| 2-7-77 | | Filed plaintiff's memorandum in opposition to defendants' motion to quash service of process or in the alternative to dismiss complaint. | |
| 2-10-77 | | Enter order dated 2-7-77: Order plaintiff's answering memo re defendants' motion to quash service or in the alternative to dismiss is to be filed this day, defendants' reply memo to be filed by Feb. 8, 1977. Order defendant's motion to stay proceedings is denied. Order cause set for March 18, 1977 for report on status.--Will, J  Mailed notices 2-10-77 | E |
| ** | | | |
| 2-22-77 | | Enter order dated 2-16-77; Order cauwse set for pre-trial conference on February 24,1977 at 9:30 a.m.-WILL,J.  Mailed notices   2-22-77 | |
| 2-22-77 | | Enter order dated 2-18-77; Enter order motion to permit plaintiff to inspect and remove Court files, is continued to February 22,1977 at 10:00 a.m.-MARSHALL,J.  Mailed notices   2-22-77 | ij |
| 2-28-77 | | Enter order dated 2-23-77; Order re: inspection and copying of Court file entered.-DRAFT)- WILL,J.  Mailed notices   2-28-77 | ij |
| 2-24-77 | | Filed receipt for removal of plaintiffs exhibits(11 volumes of transcripts) | |

(continued)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 76 C 4706 |
|---|---|---|
| BEARD | WILLIAM O'NEAL, ETC. | PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2-24-77 | | Filed receipt of plaintiff's attorneys for removal of one sealed box of exhibits marked Box 1, which contains government exhibits 2(6) 2(c), 3, 4(c) ,5, 6(a)-(1),7(a)-(p),8(asc), 9,(a) & (b), 10,(a)-(c), 15(a)-(d),16(a) & (b), 18 a,d,e,g,h,k,n; 20,21,25(6)(c)&(d),25(f)(g) 26(a),29,31,32,34(a)& (c), 35, 37,38 (a) & (b), 40(a & (b), 41,45, 46,47, 48,49,50,52,53(a)-(k), 54,55,61 and 67 signed by Harold C. Hirshman- released by E. O. Baker |
| 2-28-77 | | Enter order dated 2-24-77; Pretrial conference held.-WILL,J. Mailed notices 2-28-77  ij |
| ** | | |
| 2-18-77 | | Filed plaintiff's notice of motion |
| 2-18-77 | | Filed plaintiff's motion to premit plaintiff to inspect and remove Court files. |
| 3-1-77 | | Issued alias summons and three copies with three copies of complaint  ij |
| 3-1-77 | | Filed plaintiff's notice of deposition of Samuel Skinner and of the Chicago Bureau Chief of the FBI with copies of deposition ;subpoenas |
| 3-1-77 | | Filed plaintiff's first set of interrogatories to defendants. |
| 3-2-77 | | Enter order dated 3-1-77; Enter order on defendants motion of February 7,1977 to stay proceedings, which was denied, etc.(DRAFT) Enter protective order (DRAFT)-MC GARR,J. Mailed notices 3-2-77  ij |
| 3-2-77 | | Filed deposition subpoena returned served on Bureau Chief Federal Bureau of Investigation |
| 3-2-77 | | Filed deposition subpoena returned served on Samuel Skinner, U.S. Attorney  ij |
| 3-3-77 | | Filed Governments notice |
| 3-3-77 | | Filed defendants motion to dismiss |
| 3-3-77 | | Enter order dated 3-3-77; Leave is given defendants' to file motion to dismiss. Briefing schedule to be set by Judge Will. All Discovery is ordered stayed until March 14,1977.-MC GARR,J. Mailed notices 3-3-77 |
| 3-3-77 | | Filed defendants notice |
| 3-3-77 | | Filed defendants motion for an extension of time within which to take the deposition of William M. O'Neal |
| 3-4-77 | | Enter order dated 3-3-77; Enter order defendants' motion for an extension of time within which to take the deposition of William M. O'Neal is entered and continued to March 14,1977 at 10:00 a.m. before Judge will.-MC GRRR,J. Mailed notices 3-4-77 |

(continued)

DC-111A REV. (1/75)

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | 76 C 4706 |
|---|---|---|
| ELOISE BEARD | WILLIAM O'NEAL et al | DOCKET NO. _____ PAGE 24 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6-28-82 | | Filed 6-14-82 Plaintiff's Notice of Motion; Motion for extension of time to designate record on appeal. |
| 6-28-82 | | Enter order dated June 15, 1982: Plaintiff's motion for extension of tiem to designate record on appeal, granted to and including July 6, 1982. - PARSONS, S. J.<br>Mailed notices 6-28-82  hd |
| 6-28-82 | | Enter order dated June 15, 1982: The Court's memorandum opinion and order of May 7, 1982 is amended as follows: The Court orders that final judgment be entered as to said Bivens claim on the ground that there is no just reasons for delay. Plaintiff's additional remaining claim against defendant O'Neal arising under 42 U.S.C. 1983 is retained for trial. Plaintiff's filing, pursuant to Fed. R. App. P. 3, of a notice of appeal from the final judgment herein directed to be entered however, shall stay all proceedings in this action in this court. It is so ordered. (DRAFT) - PARSONS, S. J.<br>Mailed notices 6-28-82  hd |
| 6-28-82 | | Enter 6-15-82 Judgment pursuant to Rule 58 - by the CLerk.  hd<br>  (in favor of Defendant O'Neal with respect to plaintiff Eloise Beard's Bivens claim. Plaintiff's additional remaining claim against defendant O'Neal arising under ʌ42 U.S_C. §1983 is retained for trial)  hd |
| 7/9/82 | | Filed 7/7/82: Plaintiff's NOTICE OF APPEAL re order dated 6/15/82 ($70 paid) |
| 7/9/82 | | Mailed 7/9/82: Copy of notice of appeal, letter re appeal; 7th Circuit Transcript information sheet to Sonnenschein Carlin Nath & Rosenthal and copy of notice of appeal; letter re appeal to Winston & Strawn and U.S. Attorney Office |
| 7/9/82 * | | Forwarded 7/9/82 to U.S.C.A. 7th Circuit, Copy of notice of appeal, copy of docket entries and 7th circuit information sheet   AC |
| 7-22-82 | | Enter order dated July 21, 1982: The clerk of the court is hereby ordered to turn over the District Court file in the above cause to the custody of the U. S. Attorney for a period of 14 days.<br>Enter- PARSONS, S. J.<br>Mailed notices 7-22-82  hd |
| 7-22-82 | | Forwarded 7-22-82 copy of the above order to files.  hd |
| *7-26-82 | | Filed 7-15-82 U. S. C. A., 7th Cir. No. 82-2096.  hd |
| 7-26-82 | | Filed 7-15-82 Copy of order from the U. S. C. A., 7th Cir. dated July 14, 1982: (1) These appeals shall be consolidated for purposes of briefing and oral argument. (2) The plaintiff-appellant shall file her consolidated brief and appendix on or before August 23, 1982. (2) The defendants-appellees shall file their consolidated brief and appendix on or before September 22, 1982. (4) the plaintiff-appellant shall file her reply brief, if any, on or before October 6, 1982. (Appeal nos. 82-1893 & 82-2096)  hd |

-CONTINUED-

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| ELOISE BEARD ET AL | WILLIAM M O'NEAL | DOCKET NO. 76 C 4706 |
| | | PAGE 25 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | Harold C Hirschman       Defendant |
| | | Sonnenschein Carlin Nath |
| | |  & Rosenthal      Winston & Strawn |
| | | 8000 Sears Tower      1 First National Plaza |
| | | 876-8000      60603 |
| | | Steven A Miller |
| | | AUSA |
| 9/7/82 | | Filed 8/27/82: Clerks file copy of transcript of proceedings held before Judge Parsons on 6/10/82 |
| 9/7/82 | | Filed 8/16/82: Stipulation to supplement record on appeal |
| 9/7/82 | | Enter order dated 8/18/82: Pursuant to stipulation, a supplemental record in the appeal in the above captioned matter should be prepared and sent to the U.S. Court of Appeals for the 7th Circuit by the district court clerk--PARSONS,J AC |
| | | Mld notice 9/7/82 |
| 11-2-82 | | Certified and transmitted 11-2-82 to the 7th Circuit Court of Appeals: the Original Record on Appeal consisting of One volume of pleadings, together with One volume of transcript of proceedings held on 6/10/82, filed under separate certificate, for convenience sake |
| 11-2-82 | | Mailed 11-2-82 to all counsel of record: copies of transmittal letter, list of documents and certificates      REW |
| 3-22-84 | | Filed 3-21-84: Letter from USCA dated 3-21-84 re: Contents of Record: 3 vol. pleadings; 10 vol. transcripts; 4 loose pleadings (bulky); 1 vol. pldgs. filed 11-3-82; 1 vol. trans. filed 11-3-82 |
| 3-22-84 | | Filed 3-21-84: Certified Copy of order from USCA dated 2-22-84: On consideration whereof, it is ordered and adjudged by this Court that the judgment of the said District Court in this cause appealed from be, and the same is hereby affirmed, with costs, in accordance with the opinion of this Court filed this date. bl |
| | | (Booklet attached) |
| 10-15-85 | | Enter order dated 10-11-85: Cause is hereby dismissed nunc pro tunc as of May 21, 1984. -Parsons, J.- Notices mailed 10-15-85    JS-6    bl |
| | | **CLOSED** |
| | | FEB 28 1986 |
| | | FOR DISPOSITION |
| 11/02/90 | -- | Mailed 11/02/90: Letter to counsel regarding General Order of 08/14/90 |
| 02/06/91 AMB | -- | Pursuant to general order of 14 August 1990, sealed documents destroyed on 02/05/91. |